IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1029-JLK**

**JASON ANTHONY GRABER**,

    Plaintiff,

v.

**CITY AND COUNTY OF DENVER, a municipality,**
**OFFICER SHAWN MILLER, in his official and individual capacity,**
**OFFICER TAB DAVIS, in his official and individual capacity,**
**UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2 in their official and individual capacities,**

    Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Time to Conduct Depositions and Submit Dispositive Motions (doc. #27), filed February 4, 2010, is **GRANTED**. The time for the parties to conduct depositions is extended up to and including March 31, 2010, the dispositive motions deadline is extended up to and including June 1, 2010.

---

Dated:  February 5, 2010