UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01029-JLK-MJW**

**JASON ANTHONY GRABER,**
	Plaintiff,
v.

**CITY AND COUNTY OF DENVER, a municipality;**
**OFFICER SHAWN MILLER, in his official and individual capacity;**
**UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities;**
	Defendants.

## MINUTE ORDER

**Judge John L. Kane ORDERS**

As a point of clarification, in referring to Defendants' Motion for Protective Order, Doc. 30, Doc. 35 mistakenly references Doc. 33. This was a typographical error on the part of the Court and the docket shall be changed to correct this inadvertent error.

Dated: May 18, 2010