UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No**. **09-cv-01029-JLK-MJW**

**JASON ANTHONY GRABER,**
        Plaintiff,
v.

**CITY AND COUNTY OF DENVER, a municipality;**
**OFFICER SHAWN MILLER, in his official and individual capacity;**
**UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2, in their official**
**and individual capacities;**
        Defendants.

---

ORDER

---

        This matter is currently before me on Plaintiff's Motion to Modify Scheduling Order to Reopen Discovery and Extend Deadlines for Expert Witness Disclosures (doc. 68).  Based on my ruling in open court on March 22, 2011, this motion is GRANTED.  Discovery in this case has been re-opened.  The parties shall have until May 6, 2011, to conduct discovery, disclose expert witnesses, and file a Motion for Reconsideration of my Order granting Defendants' Motion for Summary Judgment (doc. 65).  If more time is needed based on a showing of good cause, I will consider further periods of discovery.

 Dated:  March 25, 2011                    BY THE COURT:

                                            **/s/ John L. Kane**
                                            Senior U.S. District Judge