UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No**. **09-cv-01029-JLK-MJW**

**JASON ANTHONY GRABER,**
 Plaintiff,
v.

**CITY AND COUNTY OF DENVER, a municipality;**
**OFFICER SHAWN MILLER, in his official and individual capacity;**
**UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities;**
 Defendants.

ORDER

This matter is currently before me on Plaintiff's Second Motion to Modify Scheduling Order to Extend Time to Conduct Discovery, Disclose Expert Witnesses, and File a Motion for Reconsideration (doc. 71). Plaintiff seeks a three-month extension to the May 6, 2011 deadline to conduct discovery, disclose expert witnesses, and file a Motion for Reconsideration. Having reviewed Plaintiff's motion and finding good cause shown, the motion is GRANTED. Plaintiff shall have up and including August 5, 2011 to complete discovery, disclose expert witnesses, and file a Motion for Reconsideration.

Dated: April 12, 2011        BY THE COURT:

                   **/s/ John L. Kane**
                   Senior U.S. District Judge