UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01029-JLK-MJW**

**JASON ANTHONY GRABER,**
    Plaintiff,
v.

**CITY AND COUNTY OF DENVER, a municipality;**
**OFFICER SHAWN MILLER, in his official and individual capacity;**
**UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2, in their official and individual capacities;**
    Defendants.

### ORDER

Kane, J.,

    Defendant City and County of Denver has contacted me *ex parte*, requesting oral argument on its Motion for Reconsideration (doc. 85). Plaintiff shall file a response to Defendant's motion and its request for an oral argument no later than August 26, 2011. I will either issue a ruling on the merits or set the matter for hearing at that point.

    Dated: August 22, 2011        BY THE COURT:

                                              **/s/ John L. Kane**
                                              Senior U.S. District Judge