IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1029-JLK**

**JASON ANTHONY GRABER**,

       Plaintiff,

v.

**CITY AND COUNTY OF DENVER, a municipality,
OFFICER SHAWN MILLER, in his official and individual capacity,
UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1-2 in their official and
individual capacities,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Joint Motion to Vacate October 7, 2011 Hearing (doc. #98), filed October 4, 2011, is **GRANTED**.  The Hearing set for October 7, 2011 is **VACATED.**

Dated:  October 4, 2011