UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01029-JLK-MJW**

**JASON ANTHONY GRABER,**
    Plaintiff,

v.

**CITY AND COUNTY OF DENVER, a municipality;**
**OFFICER SHAWN MILLER, in his official and individual capacities;**
    Defendants.

---

## ORDER

Kane, J.

This matter is currently before me on the parties' Stipulated Motion to Dismiss with Prejudice (doc. 102). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' stipulation took effect upon filing and requires no court order. Accordingly, their motion is DENIED AS MOOT. Per the terms of their stipulation, this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: October 24, 2011                            BY THE COURT:

                                                          **/s/ John L. Kane**
                                                          Senior U.S. District Judge